# SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VALDIR XAVIER, ET AL. | CIVIL ACTION |
| VERSUS | NO. 06-491 c/w 06-7084 |
| BELFOR USA GROUP, INC | SECTION "A"(3) |

### ORDER

Opt-in plaintiffs Juan Alfaro, James C. Stacks, and Mike Hamilton move the Court to dismiss their claims without prejudice from the <u>Xavier</u> matter, Civil Action 06-491.[1]  The motions are DENIED.  Plaintiffs have offered no justification for these withdrawals that would outweigh the prejudice to Belfor.

Accordingly;

**IT IS ORDERED** that the **Motions to Dismiss Without Prejudice (Rec. Docs. 257, 270, & 276)** are **DENIED**.

October 9, 2008

_____
UNITED STATES DISTRICT JUDGE
JAY C. ZAINEY

---

[1] The motions to dismiss have been filed under seal and are located in the record at document numbers 257, 270, and 276, respectively.

1