**MINUTE ENTRY**
**KNOWLES, M.J.**
**JUNE 10, 2009**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VALDIR XAVIER, et al** | CIVIL ACTION |
| **VERSUS** | NO. 06-0491 c/w<br>Ref. 06-7804 |
| **BELFOR USA GROUP, INC.** | SECTION "A" (3) |

On this date, the undersigned Magistrate Judge conducted a hearing regarding the Belfor USA Group, Inc.'s Motion for Discovery Sanctions (Doc. No. 492). Present were Robert H. Urann on behalf of the *Obando* Plaintiffs and Steven F. Griffith on behalf of Belfor USA Group, Inc. Pursuant to the hearing and for reasons set forth on the record, the Court issued the following order, to wit:

**IT IS ORDERED** that Defendant's Motion for Discovery Sanctions (Doc. No. 492) is GRANTED. Counsel shall confer and submit a list of the thirty-seven (37) plaintiffs' names to which the discovery sanction (dismissal with prejudice) applies.

DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE

MJSTAR(00:08)