UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VALDIR XAVIER, et al., | * | CIVIL ACTION |
| | * | NO. 06-0491 c/w 06-7804, |
| Plaintiffs, | * | 08-949 & 08-3736 |
| | * | |
| VERSUS | * | **(Reference to 06-7804 only)** |
| | * | |
| BELFOR USA GROUP, INC., | * | SECTION "A" |
| | * | JUDGE ZAINEY |
| Defendant. | * | |
| | * | MAG. DIV. (3) |
| | * | MAG. JUDGE KNOWLES |

******************************************

## JUDGMENT

**CONSIDERING** the foregoing Request for Entry of Judgment filed by defendant, Belfor USA Group, Inc. ("Belfor"), and the Order of the Court dated June 10, 2009, [R. Doc. No. 511],

**IT IS HEREBY ORDERED BY THE COURT** that the Request for Entry of Judgment of dismissal with prejudice by defendant Belfor, against the following thirty-seven plaintiffs, should be and the same hereby is **GRANTED;**

**IT IS FURTHER ORDERED,** that the claims of the filing plaintiffs are dismissed with prejudice, with each party to bear its own costs:

| | | | |
|---|---|---|---|
| 1. | Moises Augusto | 20. | Orestes Obando |
| 2. | Vanderlei Baccaro | 21. | Mauricio Braga Oliveira |
| 3. | George Barbosa | 22. | Leonardo Peixoto |
| 4. | Dirson Barbosa, Jr. | 23. | Sebastio Pereira |
| 5. | Miguel A. Barquero | 24. | Erick Pinheiro |
| 6. | Claudio Armaral Carvalho | 25. | Adriano Da Silva Queiroz |
| 7. | Mario T. Castro | 26. | Adailton Rodrigues |
| 8. | Jose Cerdena | 27. | Andre Santos |
| 9. | Renan N. Chaves | 28. | Cicero Ferreirra Da Silva |
| 10. | Rodrigo Chaves | 29. | Francilino Silva |
| 11. | Ecio Candido Cimim | 30. | Marcel Silva |
| 12. | Mirian Borges Codeiro | 31. | Marcos Antonio Silva |
| 13. | Hosana G. Da Costa | 32. | Rosangela Maria Da Silva |
| 14. | Aime Viera Duarte | 33. | Samuel S. Da Silva |
| 15. | Sandra Aparecida Espedito | 34. | Vanderlei Teixeira de Siqueira |
| 16. | Emilio Lopez | 35. | Elias Rocha de Souza |
| 17. | Alexandro Martins | 36. | Monica Patricia Moreira Teixeira |
| 18. | Jeandro Martins | 37. | George Turnquest |
| 19. | Maria E. Mauriz | | |

6/22/09

_____
United States District Judge