UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VALDIR XAVIER, et al., | * | CIVIL ACTION |
| | * | NO. 06-0491 c/w 06-7804, |
| Plaintiffs, | * | 08-949 & 08-3736 |
| | * | |
| VERSUS | * | **(Reference to 08-3736 only)** |
| | * | |
| BELFOR USA GROUP, INC., | * | SECTION "A" |
| | * | JUDGE ZAINEY |
| Defendant. | * | |
| | * | MAG. DIV. (3) |
| | * | MAG. JUDGE KNOWLES |

*******************************************

## MOTION TO COMPEL APPEARANCES

**NOW INTO COURT**, through undersigned counsel, comes defendant, Belfor USA Group, Inc. ("Belfor"), and respectfully moves this Court for an order compelling the *Nava* plaintiffs, Agnelio Jurado and Adaildo M. Periera, who have failed to appear for depositions, to either appear for depositions or face dismissal with prejudice.

In accordance with Rule 37.1, undersigned counsel certifies that the parties have been unable to resolve the issues presented in this motion.

**WHEREFORE,** defendant, Belfor USA Group, Inc., respectfully requests that this Court GRANT its Motion to Compel these plaintiffs to appear in Louisiana for their depositions.

Alternatively, Belfor requests that this Court dismiss these plaintiffs with prejudice for failure to comply with their obligations under the Federal Rules of Civil Procedure.

        Respectfully submitted,

        **BAKER DONELSON BEARMAN**
        **CALDWELL & BERKOWITZ, PC**

    BY:  */s/Katie L. Dysart*
       M. DAVID KURTZ (23821)
       STEVEN F. GRIFFITH, JR., T.A. (27232)
       ANNE DERBES WITTMANN (20584)
       ERIN E. PELLETERI (30666)
       KATIE L. DYSART (31449)
       201 St. Charles Avenue, Suite 3600
       New Orleans, Louisiana  70170
       Telephone:  (504) 566-5200
       Facsimile:  (504) 636-4000

        **ATTORNEYS FOR DEFENDANT,**
        **BELFOR USA GROUP, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2009, I electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification of such filing to the following:

> Mark H. Verwys (mverwys@plunkettcooney.com)
> COUNSEL FOR *NAVA* PLAINTIFFS
>
> Robert A. Alvarez (alvarezlaw@gmail.com)
> COUNSEL FOR *OBANDO* AND *NAVA* PLAINTIFFS
>
> Nancy Picard (npicard@rul-law.com)
> COUNSEL FOR *OBANDO* AND *NAVA* PLAINTIFFS
>
> Jennifer J. Rosenbaum (jennifer.rosenbaum@splcenter.org)
> COUNSEL FOR *XAVIER* PLAINTIFFS

and I hereby certify that I have mailed by United States Mail, postage prepaid, the document to the following non-ECF participants:

> Expro Services, Inc.
> 9858 Clintmoore Road, C-111, #221
> Boca Raton, Florida   33496
>
> M2/Royal Construction, Inc.
> c/o CT Corporation System
> 8850 United Plaza Blvd.
> Baton Rouge, LA 70809
>
> Ticos Construction, L.L.C.
> 8909 Couchville Pike
> Mt. Juliet, TN 37122

This the 18th day of August, 2009.

>                                     /s/Katie L. Dysart
>                                     KATIE L. DYSART