UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VALDIR XAVIER, et al., | * | CIVIL ACTION |
| | * | NO. 06-0491 c/w 06-7804, |
| Plaintiffs, | * | 08-949 & 08-3736 |
| | * | |
| VERSUS | * | **(Reference to 06-7804 only)** |
| | * | |
| BELFOR USA GROUP, INC., | * | SECTION "A" |
| | * | JUDGE ZAINEY |
| Defendant. | * | |
| | * | MAG. DIV. (3) |
| | * | MAG. JUDGE KNOWLES |
| ****************************************** | | |

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes defendant, Belfor USA Group, Inc. ("Belfor"), and, with a full reservation of rights, pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully moves this Court for summary judgment regarding the claims of Alex Gomes, Michael Ray Hamilton, Anderson de Menezes Silva, Paulo Lincoln da Silva, Ana Moreno, Juan Aguirre Ortiz, and Joao Batista da Silva because their claims are barred by the three-year statute of limitations contained in the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 255(a).  In support of this Motion, Belfor submits the attached Statement of Uncontested Facts and Memorandum in Support with Exhibits.

For the reasons set forth in detail in the accompanying Memorandum, this Court should grant this Motion for Summary Judgment because there are no genuine issues of material fact that certain of the *Obando* plaintiffs' claims are barred by the statute of limitations under the FLSA.  Therefore, the FLSA requires dismissal via summary judgment as to these *Obando* plaintiffs' claims.

**WHEREFORE**, for the reasons set forth in detail in the accompanying Memorandum, defendant, Belfor USA Group, Inc., respectfully moves this Court for summary judgment regarding the *Obando* plaintiffs' claims barred by the FLSA.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

BY:       s/Steven F. Griffith, Jr.
          M. DAVID KURTZ (23821)
          STEVEN F. GRIFFITH, JR., T.A. (27232)
          ANNE DERBES WITTMANN (20584)
          ERIN E. PELLETERI (30666)
          KATIE L. DYSART (31449)
          201 St. Charles Avenue, Suite 3600
          New Orleans, Louisiana  70170
          Telephone:  (504) 566-5200
          Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT
AND THIRD-PARTY PLAINTIFF,
BELFOR USA GROUP, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September, 2009, I electronically filed the foregoing with the Clerk of the Court using ECF system which sent notification of such filing to the following:

>Mark H. Verwys (mverwys@plunkettcooney.com)
>COUNSEL FOR *NAVA* PLAINTIFFS
>
>Robert A. Alvarez (alvarezlaw@gmail.com)
>COUNSEL FOR *OBANDO* PLAINTIFFS
>
>Nancy Picard (npicard@rul-law.com)
>COUNSEL FOR *OBANDO* AND *NAVA* PLAINTIFFS
>
>Jennifer J. Rosenbaum (jjrosenbaum@post.harvard.edu)
>COUNSEL FOR *XAVIER* PLAINTIFFS

and I hereby certify that I have mailed by United States Mail, postage prepaid, the document to the following non-ECF participants:

>Expro Services, Inc.
>9858 Clintmoore Road, C-111, #221
>Boca Raton, Florida  33496
>
>Ticos Construction, L.L.C.
>8909 Couchville Pike
>Mt. Juliet, Tennessee  37122
>
>M2/Royal Construction, Inc.
>10016B Crowley Road
>Crowley, Texas  76013

This the 1st day of September, 2009.

>                s/Steven F. Griffith, Jr.
>              STEVEN F. GRIFFITH, JR.