UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VALDIR XAVIER, et al., | * | CIVIL ACTION |
| | * | NO. 06-0491 c/w 06-7804, |
| Plaintiffs, | * | 08-949 & 08-3736 |
| | * | |
| VERSUS | * | **(Reference to 08-3736 only)** |
| | * | |
| BELFOR USA GROUP, INC., | * | SECTION "A" |
| | * | JUDGE ZAINEY |
| Defendant. | * | |
| | * | MAG. DIV. (3) |
| | * | MAG. JUDGE KNOWLES |

******************************************

## **JUDGMENT**

**CONSIDERING** the foregoing Request for Entry of Judgment filed by defendant, Belfor USA Group, Inc. ("Belfor"), and the Order and Report and Recommendation of the Magistrate Court entered October 2, 2009, [R. Doc. No. 658],

**IT IS HEREBY ORDERED BY THE COURT** that the Request for Entry of Judgment of dismissal with prejudice by defendant Belfor, against Agnelio Jurado and Adaildo Pereira, should be and the same hereby is **GRANTED;**

2

**IT IS FURTHER ORDERED** that the claims of Agnelio Jurado and Adaildo Pereira are dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, on this the  27th   day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE